Name, Address and Telephone Number of Attorney(s):

CF ALLEN LAW PC
Christopher F. Allen, Esq. (CBN: 321386)
4355 Cobb Parkway, SE, STE J269
Atlanta, GA 30339

**CLEAR FORM**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rigoberto Loria | CASE NUMBER: |
| | 2:26-cv-01517-FLA-MBK |
| Plaintiff(s) | |
| v. | |
| Equifax Consumer Services, LLC et al. | **STIPULATION REGARDING SELECTION OF PANEL MEDIATOR** |
| Defendant(s). | |

*NOTE: This form should be filed only in cases in which the Court has issued an order of referral to ADR Procedure No. 2, directing the parties to appear before a neutral selected from the Court's Mediation Panel.*

**CHECK ONLY ONE BOX:**

☑ The parties stipulate that _____Frank Kaplan_____ may serve as the Panel Mediator in the above-captioned case. ___Christopher F. Allen, Esq.___ has contacted
(Print Name)
the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for three hours.  All parties and the Panel Mediator have agreed that the mediation will be held on _____TBD_____ and counsel will submit mediation statements seven calendar days
(Date)
before the session.

☐ The parties request that ADR Program staff assign a Panel Mediator with expertise in the following area of law: _____

Dated: May 22, 2026                    Christopher F. Allen, Esq.

                                        Attorney For Plaintiff   Rigoberto Loria

Dated: _____

                                        Attorney For Plaintiff   _____

Dated: May 25, 2026                    Chelsea Diaz, Esq.

                                        Attorney For Defendant   Capital One

Dated: May 25, 2026                    Heliane Fabian, Esq.

                                        Attorney For Defendant   Equifax Consumer Services

*Please attach additional sheets if needed to record all signatories, then file electronically using one of two events:  "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Consent) - (ADR-2)" or "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Assigned) - (ADR-2)."*

ADR-02 (01/23)                    STIPULATION REGARDING SELECTION OF PANEL MEDIATOR

Name, Address and Telephone Number of Attorney(s):

CF ALLEN LAW PC
Christopher F. Allen, Esq. (CBN: 321386)
4355 Cobb Parkway, SE, STE J269
Atlanta, GA 30339

**CLEAR FORM**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rigoberto Loria | CASE NUMBER: |
| | 2:26-cv-01517-FLA-MBK |
| Plaintiff(s) | |
| v. | |
| Equifax Consumer Services, LLC et al. | **STIPULATION REGARDING SELECTION OF PANEL MEDIATOR** |
| Defendant(s). | |

*NOTE: This form should be filed only in cases in which the Court has issued an order of referral to ADR Procedure No. 2, directing the parties to appear before a neutral selected from the Court's Mediation Panel.*

**CHECK ONLY ONE BOX:**

☑ The parties stipulate that _____Frank Kaplan_____ may serve as the Panel Mediator in the above-captioned case. _____Christopher F. Allen, Esq._____ has contacted
(Print Name)
the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for three hours. All parties and the Panel Mediator have agreed that the mediation will be held on _____TBD_____ and counsel will submit mediation statements seven calendar days
(Date)
before the session.

☐ The parties request that ADR Program staff assign a Panel Mediator with expertise in the following area of law: _____

Dated: May 22, 2026                Christopher F. Allen, Esq.

                                   Attorney For Plaintiff    Rigoberto Loria

Dated: _____              _____

                                   Attorney For Plaintiff    _____

Dated: May 25, 2026                Christine Cheung, Esq.

                                   Attorney For Defendant    Experian Information Solutions

Dated: May 25, 2026                Debra Reed, Esq.

                                   Attorney For Defendant    American Express

*Please attach additional sheets if needed to record all signatories, then file electronically using one of two events: "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Consent) - (ADR-2)" or "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Assigned) - (ADR-2)."*

ADR-02 (01/23)          **STIPULATION REGARDING SELECTION OF PANEL MEDIATOR**

Name, Address and Telephone Number of Attorney(s):

CF ALLEN LAW PC
Christopher F. Allen, Esq. (CBN: 321386)
4355 Cobb Parkway, SE, STE J269
Atlanta, GA 30339

**CLEAR FORM**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rigoberto Loria | CASE NUMBER: |
| | 2:26-cv-01517-FLA-MBK |
| Plaintiff(s) | |
| v. | |
| Equifax Consumer Services, LLC et al. | **STIPULATION REGARDING SELECTION OF PANEL MEDIATOR** |
| Defendant(s). | |

*NOTE: This form should be filed only in cases in which the Court has issued an order of referral to ADR Procedure No. 2, directing the parties to appear before a neutral selected from the Court's Mediation Panel.*

**CHECK ONLY ONE BOX:**

[✔] The parties stipulate that _____Frank Kaplan_____ may serve as the Panel Mediator in the above-captioned case. ___Christopher F. Allen, Esq.___ has contacted
   (Print Name)
the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for three hours. All parties and the Panel Mediator have agreed that the mediation will be held on _____TBD_____ and counsel will submit mediation statements seven calendar days
   (Date)
before the session.

[ ] The parties request that ADR Program staff assign a Panel Mediator with expertise in the following area of law: _____

Dated: May 22, 2026 _____    Christopher F. Allen, Esq. _____

                                        Attorney For Plaintiff   Rigoberto Loria

Dated: _____                  _____

                                        Attorney For Plaintiff   _____

Dated: May 25, 2026 _____     Connor Trapp, Esq. _____

                                        Attorney For Defendant   TransUnion

Dated: _____                  _____

                                        Attorney For Defendant   _____

*Please attach additional sheets if needed to record all signatories, then file electronically using one of two events: "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Consent) - (ADR-2)" or "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Assigned) - (ADR-2)."*

ADR-02 (01/23)          **STIPULATION REGARDING SELECTION OF PANEL MEDIATOR**