MORGAN, LEWIS & BOCKIUS LLP
Brian C. Frontino (SBN 222032)
brian.frontino@morganlewis.com
Debra Reed (SBN 268914)
debra.reed@morganlewis.com
2049 Century Park East, Suite 700
Los Angeles, CA  90067-3109
Tel:   +1.310.907.1000
Fax:   +1.310.907.1001

Attorneys for Defendant
AMERICAN EXPRESS NATIONAL BANK

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIGOBERTO LORIA,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>EQUIFAX CONSUMER SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, CAPITAL ONE, N.A., AND AMERICAN EXPRESS COMPANY,<br><br>　　　　　Defendants. | Case No. 2:26-cv-01517-FLA-MBK<br><br>**AMERICAN EXPRESS NATIONAL BANK'S (ERRONEOUSLY SUED AS AMERICAN EXPRESS COMPANY) NOTICE OF INTERESTED PARTIES**<br><br>Complaint Filed: February 12, 2026 |

NOTICE OF INTERESTED PARTIES

DB1/ 169909380.1

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, Defendant American Express National Bank ("American Express"), erroneously sued as American Express Company, submits this Notice of Interested Parties. The undersigned, counsel of record for American Express, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1.    American Express National Bank is a wholly owned subsidiary of American Express Travel Related Services Company, Inc., which is a wholly owned subsidiary of American Express Company.

2.    Berkshire Hathaway Inc. owns 10% or more of the outstanding stock of American Express Company.

Dated: May 29, 2026              MORGAN, LEWIS & BOCKIUS LLP


By:              /s/ Debra Reed
                                 Debra Reed
                           Brian C. Frontino
                           Debra Reed
                           Attorneys for Defendant
                           AMERICAN EXPRESS
                           NATIONAL BANK, erroneously
                           sued as AMERICAN EXPRESS
                           COMPANY

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
CENTURY CITY

2                    NOTICE OF INTERESTED PARTIES

DB1/ 169909380.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 29, 2026, I presented the foregoing AMERICAN EXPRESS NATIONAL BANK'S (ERRONEOUSLY SUED AS AMERICAN EXPRESS COMPANY) NOTICE OF INTERESTED PARTIES with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Debra Reed*
Debra Reed

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
CENTURY CITY

CERTIFICATE OF SERVICE