# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIGOBERTO LORIA<br><br>Plaintiff(s),<br><br>v.<br><br>EQUIFAX CONSUMER SERVICES LLC, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:26–cv–01517–FLA–MBK<br><br>---<br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:  __6/18/2026__

Document No.:  __49__

Title of Document:  __Request for Approval of Substitution or Withdrawal of Counsel__

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Civil Events– Requests– Substitute

Other:

**Note:**  **In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

By:  _/s/ BonnieMarie Guillory–Curling_
_BonnieMarie_GuilloryCurling@cacd.uscourts.gov_
Deputy Clerk

Dated:_ June 23, 2026 _

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS