**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RIGOBERTO LORIA<br><br>Plaintiff(s)<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. et al.<br><br>Defendant(s) | CASE NUMBER<br><br>2:26-cv-01517-FLA (MBKx)<br><br>**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY [49]** |

☒ The Court hereby orders that the request of:

Experian Information Solutions, Inc. ☐ Plaintiff ☒ Defendant ☐Other _____
*Name of Party*

☒ to substitute  Megan Lee Stupi _____ who is

☒ Retained Counsel  ☐ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

Goodwin Procter LLP, 525 Market Street

San Francisco, CA 94105          *Street Address*   MStupi@goodwinlaw.com
*City, State, Zip*                                                      *E-Mail Address*

(415) 733-6280                                              366887
*Telephone Number*              *Fax Number*              *State Bar Number*

as attorney of record instead of  Christine E. Cheung, Jones Day
                                                    *List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby** ☒ **GRANTED**  ☐ **DENIED**

☒ The Court hereby orders that the request of Christine E. Cheung
                                                    *List **all** attorneys from same firm or agency who are withdrawing.*

to withdraw as attorney of record for Experian Information Solutions, Inc.
**is hereby** ☒ **GRANTED** ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/ substituting attorney(s) in this case.

Dated  6/26/26 _____          _____
                                                      United States District Judge